IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 3:20-cv-720-ECM |
| | ) |
| LISA M. BURDETTE, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On March 2, 2021, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED with prejudice before service of process pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of jurisdiction.

A separate Final Judgment will be entered.

Done this 1st day of April, 2021.

                                         /s/ Emily C. Marks  
                                      EMILY C. MARKS  
                                      CHIEF UNITED STATES DISTRICT JUDGE